IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WILLIE JEROME SMITH-PARKER,**

                **Plaintiff,**

     v.                                   CASE NO. 12-3231-SAC

**RHONDA FORD, et al.,**

                **Defendants.**

### ORDER OF DISMISSAL

This matter is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner held at the Hutchinson Correctional Facility. By its order of November 1, 2012, the court granted plaintiff to and including November 26, 2012, to submit the filing fee or a motion for leave to proceed in forma pauperis to the clerk of the court. Plaintiff was advised that the failure to file a timely response might result in the dismissal of this matter without prejudice.

A court has the inherent power to dismiss an action for failure to prosecute to ensure the orderly and expeditious resolution of its cases. *Link v. Wabash Railroad Co.,* 370 U.S. 626, 630-31 (1962). The plaintiff has filed no response to the order of November 1, 2012, and the court concludes this matter may be dismissed.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed without prejudice.

A copy of this order shall be transmitted to the plaintiff.

**IT IS SO ORDERED.**

**DATED:  This 12th day of December, 2012, at Topeka, Kansas.**

```
                              S/ Sam A. Crow
                              SAM A. CROW
                              U.S. Senior District Judge
```